RECEIVED
FEB 14 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

UNITED STATES DISTRICT COURT

04 DEC -9 PM 2: 11

MIDDLE DISTRICT OF LOUISIANA

SIGN_____
by DEPUTY CLERK

TEXTRON INNOVATIONS, INC.
AND DAVID BROWN
UNION PUMPS CO.

CIVIL ACTION
NO. 04-649-C-M2

VERSUS

CENTRIFUGAL TECHNOLOGY, INC.
DANIEL CLEVELAND, JERRY DON
ELMORE AND CHARLES GOODRICH,
Individually

CV05-0287 S

JUDGE WALTER

MAG. JUDGE HORNSBY

**PROTECTIVE ORDER**

After considering Plaintiffs' Motion for Protective Order, Memoranda, and argument contained therein:

**IT IS HEREBY ORDERED** that plaintiffs' Motion for Protective Order be **GRANTED** immediately prohibiting defendants, Centrifugal Technology, Inc., Charles Goodrich, Jerry Don Elmore, and Daniel Cleveland, and/or anyone acting for them or on their or any of their behalf(ves), from taking any action to destroy, erase, eradicate, secret, conceal, dispose of or otherwise render unavailable for inspection by plaintiffs, any and all design drawings, autocad drawings, schematics, computer data, computer files, advertisements, catalogs, brochures and/or other printed or recorded materials and/or data and/or memoranda and/or letters and/or emails of any nature or kind, under or in, their, or any of their, possession and/or control, which was, in whole, or in part, created by and/or originated at or with or by, and/or in any way relating to and/or bearing the mark(s), designations(s), or in any other way identifying such information with,

Date Docketed
DEC 0 9 2004
Notices Mailed To:

David Brown Union Pump Co.; American Pump Company; Union Pump Company; Textron, Inc.; Textron Innovations, Inc.; David Brown, and/or any affiliate or otherwise related individual, of whom defendants or any of them, are aware.

Baton Rouge, Louisiana, this __9__ day of December, 2004.

**MAGISTRATE JUDGE CHRISTINE NOLAND**