U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 1 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TEXTRON INNOVATIONS, INC., and DAVID BROWN UNION PUMPS CO. | CIVIL ACTION NO. 05-0287 |
| VERSUS | JUDGE DONALD E. WALTER |
| CENTRIFUGAL TECHNOLOGY, INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before this Court is a Motion for Summary Judgment [Doc. #58] filed on behalf of defendants, Centrifugal Technology, Inc., Daniel Cleveland, Jerry Don Elmore and Charles Goodrich, pursuant to Federal Rule of Civil Procedure 56. Plaintiffs oppose this motion.

Finding that discovery is still ongoing and that genuine issues of material fact remain, **IT IS ORDERED** that defendants' Motion for Summary Judgment [Doc. #58] be and is hereby **DENIED**. See Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250 n. 5, 106 S.Ct. 2505, 2511 n. 5, 91 L.Ed.2d 202 (1986) (summary judgment should "be refused where the nonmoving party has not had the opportunity to discover information that is essential to [its] opposition."). Defendants may refile their motion at the close of discovery.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 13th day of August, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE