UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

TEXTRON INNOVATIONS, INC., ET AL    CIVIL ACTION NO. 05-cv-0287

VERSUS                                JUDGE WALTER

CENTRIFUGAL TECHNOLOGY, INC.,         MAGISTRATE JUDGE HORNSBY
ET AL

**MEMORANDUM ORDER**

Defendants have filed a Motion to Strike Witnesses (Doc. 104) arguing that certain entries on Plaintiff's witness list are woefully inadequate because Plaintiff failed to provide contact information or summaries of the witnesses' expected testimony.  The motion is denied as moot.  A new scheduling order (Doc. 203) was recently entered, and a new deadline [October 31, 2008] has been set for the exchange of witness lists.  Both sides are advised that, given the advanced age of this case and the generous nature of that deadline, the court expects that the parties' next set of witness lists will be a good faith representation of witnesses who the parties believe may be called as witnesses, along with a brief (but fair) statement of the nature of each witnesses' expected testimony.  Last known contact information shall be included.  Failure to comply with these simple requirements may result in the imposition of appropriate sanctions.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 22nd day of July, 2008.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE