UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**PRESENT:**
HON.  DONALD E. WALTER   **JUDGE**
      Karen Tyler         **COURT REPORTER**
      Melanie Wise        **LAW CLERK**
      Barry K. Joffrion   **MINUTE CLERK**

**DATE:** May 19, 2008
**Start Time:** 1:00 p.m.
**End Time:** 2:00 p.m.
**TIME IN COURT:** 2 hours

## MINUTES OF COURT

CIVIL ACTION NO.   5:05CV0287

### UNION PUMP CO. VS CENTRIFUGAL TECHNOLOGY, INC.

**APPEARANCES:**

| | |
|---|---|
| **PLAINTIFF COUNSEL** | W. Evan Planche |
| | Justin Alsterberg |
| **DEFENDANT COUNSEL** | Robert Thompson |
| **DEFENDANT COUNSEL** (Scottsdale Ins. Co.) | Robert A. Mahtook, Jr. |
| | Kay Theunissen |

**CASE CALLED:**

   X   **DAUBERT HEARING**

*Daubert* Hearing held.

1. Plaintiff's Motion in Limine to Exclude Expert Reports and Testimony of Defendants' Computer Expert - D. Wesley Attaway [Doc. #344]. Plaintiff's motion [Doc. #344] is DENIED. The Court hereby finds that Mr. Attaway is qualified to opine in this case based on his background, training, and experience.

2. Defendants' Motion in Limine [Doc. #368].

   The Court made the following rulings as to Defendants' numbered requests to exclude evidence:

   1. GRANTED
   2. GRANTED
   3. GRANTED
   4. GRANTED
   5. RESERVED

|  |  |
|---|---|
| 6. | RESERVED |
| 7. | Withdrawn by Defendant |
| 8. | GRANTED |
| 9. | DENIED |
| 10. | GRANTED |
| 11. | GRANTED |
| 12. | RESERVED |
| 13. | GRANTED |
| 14. | GRANTED |
| 15. | RESERVED |
| 16. | RESERVED |
| 17. | RESERVED |
| 18. | Withdrawn by Defendant |
| 19. | GRANTED |
| 20. | GRANTED |
| 21. | GRANTED |
| 22. | GRANTED |
| 23. | RESERVED |
| 24. | DENIED |
| 25. | GRANTED |
| 26. | RESERVED |
| 27. | RESERVED |
| 28. | RESERVED |
| 29. | GRANTED |
| 30. | DENIED |
| 31. | DENIED |

3. Motion for Hearing filed by Plaintiff [Doc. #438]
   DENIED

4. Witnesses listed by Plaintiff as "may call" are stricken.

5. Defendants presented an oral motion to strike Plaintiff's witness, Susan Yarborough. Defendants' motion is DENIED. However, Ms. Yaborough is ordered to make herself available for a deposition before she will be allowed to testify.

6. All parties consented for Magistrate Judge Horsnby to pick the jury in this matter.