**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE ___6 / 4 / 2009___

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

UNION PUMP CO.                          CIVIL ACTION NO: 05-0287

VERSUS                                  JUDGE DONALD E. WALTER

CENTRIFUGAL TECHNOLOGY INC.,            MAGISTRATE JUDGE HORNSBY
DANIEL CLEVELAND, &
CHARLES GOODRICH

---

## JURY INTERROGATORY

1.     Do you find that the Defendants misappropriated Plaintiff's trade secrets in "bad faith" as
       that term has been defined?

             Yes ___✓___                    No _____

*STOP.  Sign and date this form, and hand it to the deputy.*

_____                  ___June 4, 2009___
JURY FOREMAN                             DATE