U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN 0 4 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

**UNION PUMP CO.**

**VERSUS**

**CENTRIFUGAL TECHNOLOGY, INC.**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

**CIVIL ACTION NO. 5:05CV0287**

**JUDGE  WALTER**

**MAGISTRATE JUDGE  HORNSBY**

## WITNESS LIST

| PLAINTIFF | DATE TESTIFIED |
|---|---|
| Mike Bixler | 5/21/2009 |
| Mike Bixler | 5/22/2009 |
| Thomas Newman | 5/22/2009 |
| Danny Hyatt | 5/22/2009 |
| Danny Hyatt | 5/26/2009 |
| Roderick Torres | 5/26/2009 |
| B J Mayclyn via video | 5/26/2009 |
| Roderick Torres | 5/26/2009 |
| Keith Bucher | 5/27/2009 |
| Ray Sherrod via video | 5/27/2009 |
| Keith Bucher | 5/27/2009 |
| Dan Cumrine | 5/27/2009 |
| Brian Koffler | 5/27/2009 |
| Roy Pease | 5/27/2009 |
| Jeff Ellenwood | 5/27/2009 |
| Chris McDade   via video depo | 5/27/2009 |
| Phillip Keith     via video depo | 5/27/2009 |
| Phillip Keith     via video depo | 5/28/2009 |
| Andrew Scott Rosen | 5/28/2009 |
| Robert Moreland via video depo | 5/28/2009 |
| Robert Moreland via video depo | 5/29/2009 |
| Susan Yarborough | 5/29/2009 |
| Holly Sharp | 5/29/2009 |
| Michael Mancini | 5/29/2009 |
| David Linn via video depo | 5/29/2009 |
| Mike Bixler | 6/2/2009 |

| DEFENDANT | DATE TESTIFIED |
|---|---|
| Charles Goodrich | 6/1/2009 |
| Steve Phagen | 6/1/2009 |
| Phillip Keith     video depo | 6/2/2009 |
| Daniel Cleveland | 6/2/2009 |
| D. Wesley Attaway | 6/2/2009 |