RECEIVED
BY: _____
DEC 1 4 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNION PUMP COMPANY | CIVIL ACTION NO. 05-0287 |
| VERSUS | JUDGE DONALD E. WALTER |
| CENTRIFUGAL TECHNOLOGY, INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is a Bill of Costs submitted by the Plaintiff, Union Pump Company. [Doc. #515]. Defendants object to the amount of costs claimed by Plaintiff.

Federal Rule of Civil Procedure 54(d)(1) states in relevant part: "unless a federal statute, these rules, or a court order provides otherwise, costs-other than attorney's fees-should be allowed to the prevailing party." The determination of which party qualifies as the prevailing party "is a clear, mechanical one; when a judgment is entered in favor of a party, it is the prevailing party." *Allianz Verischerungs, AG v. Progreight Broker Inc.*, 99 Fed. Appx. 10, 13-14 (5th Cir.2004). A district court has wide discretion whether to award costs to a prevailing party. *Energy Management Corp. v. City of Shreveport*, 467 F.3d 471, 483 (5th Cir.2006)(internal citations omitted). "However, the Fifth Circuit Court of Appeals recognizes a strong presumption that the district court will do so." *Id.*

Although the Plaintiff was not successful in all of its claims against the Defendants, the jury found the Defendants liable for violating the Louisiana Uniform Trade Secrets Act, intentional spoliation of the evidence, conversion, and unjust enrichment. The amount awarded to the Plaintiff by the jury for compensatory damages and unjust enrichment totaled $2,125,559.00. Clearly, Plaintiff is the prevailing party in this matter, and costs are therefore awarded pursuant to Federal Rule of Civil Procedure 54(d)(1).

The Clerk of Court is **ORDERED** to review the Bill of Costs submitted by the Plaintiff and determine the appropriate amount of costs.

**THUS DONE AND SIGNED** this _14_ day of December, 2009.

>                                        DONALD E. WALTER
>                                        UNITED STATES DISTRICT JUDGE