

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNION PUMP COMPANY | CIVIL ACTION NO: 05-0287 |
| VERSUS | JUDGE DONALD E. WALTER |
| CENTRIFUGAL TECHNOLOGY, INC., DANIEL CLEVELAND, JERRY DON ELMORE AND CHARLES GOODRICH | MAGISTRATE JUDGE HORNSBY |

## AMENDED JUDGMENT

This Court's judgment dated September 30, 2009 [Doc. #498] is hereby amended as follows:

**IT IS ORDERED, ADJUDGED AND DECREED**, that judgment dismissing Plaintiff's claims against Defendant Centrifugal Technology, Inc., for engaging in unfair trade practices is equally effective as to Centrifugal Technology, LLC.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that judgment in favor of the Plaintiff and against Defendant Centrifugal Technology, Inc., in the amount of SIX HUNDRED SEVEN THOUSAND FORTY DOLLARS ($607,040.00) as compensatory damages, is equally effective against Centrifugal Technology, LLC.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that judgment in favor of Plaintiff and against Defendants Centrifugal Technology, Inc., in the amount of SIX HUNDRED THOUSAND DOLLARS ($600,000.00) as damages for unjust enrichment, is equally effective against Centrifugal Technology, LLC.

**JUDGMENT READ, RENDERED AND SIGNED**, this 28 day of December, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE