UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNION PUMP COMPANY | : | CIVIL ACTION NO: 5:05CV0287 |
|    Plaintiffs | : | JUDGE WALTER |
| VERSUS | : | MAGISTRATE:  Judge Hornsby |
| CENTRIFUGAL TECHNOLOGY, INC., DANIEL CLEVELAND, CHARLES GOODRICH | | |
|    Defendants | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>NOTICE OF APPEAL</u>

     NOTICE IS HEREBY GIVEN that CENTRIFUGAL TECHNOLOGY, INC., DANIEL CLEVELAND and CHARLES GOODRICH Appeal the Judgment entered by this Court on September 30, 2009, (Document No. 498) as Amended by this Court on December 28, 2009 (Document No. 534) both signed by United States District Judge Donald Walter, to the United States Court of Appeal for the Fifth Circuit.  This notice of Appeal is filed pursuant to Rule 4 of the Federal Rules of Appellate procedure.

     Shreveport, Louisiana, this 25th day of January, 2010.

                                       Respectfully submitted,

                                       **ROBERT I. THOMPSON, III**
                                       **(A Professional Law Corporation)**
                                       By   s/Robert I. Thompson, III
                                              Robert I. Thompson, III-Bar #12762
                                              900 Pierremont Road, Suite 102
                                              Shreveport, La. 71106
                                              Phone: (318) 865-2345; fax: (318) 865-2375
                                              *Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **UNION PUMP COMPANY** | : | **CIVIL ACTION NO: 5:05CV0287** |
| Plaintiffs | : | **JUDGE WALTER** |
| **VERSUS** | : | **MAGISTRATE:** Judge Hornsby |
| **CENTRIFUGAL TECHNOLOGY, INC.,** **DANIEL CLEVELAND,** **CHARLES GOODRICH** Defendants | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2010, I filed the foregoing Notice of Appeal with the Clerk of Court.  I further certify that on the same date I delivered the foregoing document to Judge Donald Walter by facsimile.  I further certify that on the same date I mailed the foregoing document to:

Mr. W. Evan Plauche'
Hailey, McNamara, Hall, Larmann and Papale, LLP
Post Office Box 8288
Metairie, Louisiana 70011-8288

Ms. Kay A. Theunissen
Mr. Robert Mahtook
Mahtook & LaFleur
600 Jefferson Street, Suite 1000
Lafayette, LA 70501

Mr. Herschel E. Richard, Jr.
Ms. Kristina B. Gustavson
Cook, Yancey, King & Galloway
333 Texas Street, Suite 1700
P.O. Box 22260
Shreveport, LA 71120-2260

3

By placing same in the United States Mail, postage pre-paid and properly addressed to all counsel.

          ___s/Robert I. Thompson, III_____
          Of Counsel