

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 24 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| UNION PUMP COMPANY | CIVIL ACTION NO: 05-0287 |
| VERSUS | JUDGE DONALD E. WALTER |
| CENTRIFUGAL TECHNOLOGY, INC., DANIEL CLEVELAND, JERRY DON ELMORE AND CHARLES GOODRICH | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is a Motion for Permanent Injunction filed by Plaintiff, Union Pump Co., on December 12, 2009. [Doc. #520]. All named Defendants oppose the motion. The Court notes that an Amended Judgment was issued on December 28, 2009, upon motion of the Plaintiff dated October 12, 2009. [Doc. #534]. There are no motions for a new trial or to alter the Amended Judgment currently pending. Defendants, Centrifugal Technology, Inc., Daniel Cleveland and Charles Goodrich, filed a timely notice of appeal of the Amended Judgment on January 25, 2010. [Doc. #540].

It is the general rule in the Fifth Circuit that "the filing of a valid notice of appeal from a final order of the District Court divests that court of jurisdiction to act on the matters involved in the appeal, except to aid the appeal, correct clerical errors, or enforce its judgment so long as the judgment has not been stayed or superseded." *Rose v. Marshall*, 426 F.3d 745, 751 (5th Cir. 2005). If a notice of appeal is filed before the Court disposes of any motion listed in Federal Rule of Appellate Procedure 4(a)(4)(A), the notice becomes effective when an order is entered disposing

of the last such motion. *Id.* Plaintiff's Motion for Permanent Injunction is not one of the types of motions listed in Rule 4(a)(4)(A). Accordingly, this Court believes it lacks jurisdiction to render a ruling on Plaintiff's Motion for a Permanent Injunction.

**THUS DONE AND SIGNED**, this 24 day of February, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE